**FILED**

**NOV 15 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SEALED** |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 06-10096 |
| REV I. BLAKES, | ) | VIO: Title 21, United States Code |
| | ) | Section 841(a)(1) and (b)(1)(B); |
| Defendant. | ) | Title 18, United States code Section |
| | ) | 922 (g) |

## INDICTMENT

### COUNT 1
### Possession with Intent to Distribute

The Grand Jury charges:

On or about November 4, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**REV I. BLAKES,**

did knowingly possess 5 grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT 2
### Felon in Possession of Firearm

1.  The defendant, Rev I. Blakes, had previously been convicted of a felony, namely Possession of a Controlled Substance in Peoria County.

2.  On or about November 4, 2006, a Peoria Police Officer lawfully searched defendant Blakes' residence and found a Phoenix Arms .22 caliber pistol.

3. The handgun found in Blakes' residence had previously traveled in interstate commerce.

4. On or about November 4, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**REV I. BLAKES**

did knowingly possess a firearm, a Phoenix Arms .22 caliber pistol, which had previously traveled in interstate commerce, and the defendant had been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

s/ Foreperson
**Foreperson**

s/ AUSA
**RODGER A. HEATON**
UNITED STATES ATTORNEY

BWM:ms