E-FILED
Tuesday, 21 November, 2006 11:14:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     Plaintiff | )<br>)<br>) |
| | ) CASE NO. **06-10096** |
| | ) |
| **Rev I Blakes**<br>     Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:15 AM** on **Friday, January 19, 2007.**

This matter is set for Jury Trial at 9:00 A.M. on Monday, January 29, 2007.

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 20th day of November, 2006.

                                        S/ John A. Gorman
                                        _____
                                        JOHN A. GORMAN
                                        U.S. MAGISTRATE JUDGE

Blakes Schedo.wpd