**E-FILED**
Wednesday, 22 November, 2006  02:24:45 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Gen. No. 06-10096** |
| | ) | |
| **REV I. BLAKES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR MEDICAL TRANSFER

Now comes the Defendant, REV I. BLAKES, by his attorney, and moves this

Court for the entry of an Order requiring the transfer Mr. Blakes to a Federal Medical

Center. In support of this motion, Mr. Blakes states as follows:

1.      Mr. Blakes suffers from a life threatening medical condition.

2.      Mr. Blakes condition has been well documented in the past.

3.      Mr. Blakes is currently housed at the Peoria County Jail and may not be receiving

adequate medical treatment.

4.      Mr. Blakes condition is one which can deteriorate rapidly.

5.      On February 22, 2006, Deputy United States Marshal Daryl Hollenback requested

that a motion for medical transfer be filed so that Mr. Blakes in view of Mr. Blakes

condition.

6.      Assistant United States Attorney, Bradley Murphy, makes no objection to this

motion.

WHEREFORE, Mr.Blakes respectfully requests entry of an Order requiring that he be temporarily transferred to a suitable Federal Medical Facility for treatment as soon as appropriate medical personnel can determine that he can safely undergo such a transfer.

REV I. BLAKES, Defendant

BY:     s/ Karl W. Bryning

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602

s/ Karl W. Bryning

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org