**SEALED**

E-FILED
Tuesday, 28 November, 2006 01:29:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2006 NOV 16 P 1:46
US MARSHAL SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-10096-001 |
| Rev I. Blakes | ) | |
| 1524 N. North | ) | |
| Peoria, IL. | ) | **FILED** |
| Defendant | ) | NOV 28 2006 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Rev I. Blakes*, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Count 1- Possession of cocaine base (crack) with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Count 2-felon in possession of a firearm in violation of Title 18, Section 922(g).

*John Waters* (signature)

**JOHN M. WATERS**                            **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer                       Title of Issuing Officer

s/ H. Kallister    s/ CLERK
_____             11/16/06 at Peoria, IL.
Signature of Issuing Officer                  Date and Location

**Bail fixed at $NO BOND by Magistrate Judge John A. Gorman.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at *Peoria*

| Date Received 11/16/06 | Name of Arresting Officer S/A Morion | Signature of Arresting Officer |
| Date of Arrest 11/17/06 | Title of Arresting Officer DEA | |

RECEIVED
2006 NOV 20 A 2:34
US MARSHALS SERVICE
CENTRAL ILLINOIS