UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
|        Plaintiff | ) | |
| | ) | |
|   vs. | ) | Case No.   06-10096 |
| | ) | |
| Rev I Blakes | ) | |
|        Defendant | ) | |

### ORDER

Court hereby confirms with this written order the 11/26/06 docket order granting the Defendant's unopposed Motion for Medical Treatment as to Rev I Blakes (1).  U.S. Marshal is ordered to transfer defendant Blakes to a Federal Medical Center.

Entered: November 30, 2006            s/ John A. Gorman
                                              John A. Gorman
                                              U.S. Magistrate Judge

cc: U.S. Marshal