E-FILED
Wednesday, 17 January, 2007  03:09:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Gen. No. 06-10096 |
| ) | |
| REV I. BLAKES, ) | |
| ) | |
| Defendant. ) | |

**MOTION IN LIMINE REGARDING SEARCH OR ARREST WARRANTS**

Now comes the Defendant, REV I. BLAKES, by his attorney, and moves this Court for the entry of an Order barring the government from introducing evidence at trial related to a search warrant for 1524 N. North Street, Peoria, Illinois and any arrest warrant for Rev I. Blakes other than for failure to appear in a traffic matter. In support of this motion, Rev. I. Blakes states as follows:

1. Response by Peoria Police Officers to 1524 N. North Street on November 4, 2006 was based upon a 911 call with the line left open and not based upon any warrant to search that address or for the arrest of Rev I. Blakes.

2. Officers were permitted to enter 1524 N. North Street on November 4, 2006 by Iza Blakes who resides at that address.

3. Defendant was initially arrested based upon an active warrant for failure to appear on a traffic offense.

4. Neither the arrest of Defendant nor the search of 1524 N. North, Peoria, Illinois

was based upon a warrant to search that residence or to arrest Rev I. Blakes for anything other than failure to appear on a traffic violation.

5.      Evidence related to unexecuted search or arrest warrants is irrelevant and would serve only to prejudice Rev. I Blakes in the eyes of the jury.

Wherefore, Defendant respectfully requests that this Court enter an Order barring the Government from introducing evidence at trial related to any search warrant for 1524 N. North Street, Peoria, Illinois and any arrest warrant for Rev I. Blakes other than that issued for failure to appear in a traffic matter.

REV I. BLAKES, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Karl W. Bryning

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602

                                s/ Karl W. Bryning

                                Karl W. Bryning
                                Assistant Federal Public Defender
                                Attorney for Defendant
                                401 Main Street, Suite 1500
                                Peoria, Illinois 61602
                                Phone: 309/671-7891
                                FAX: 309/671-7898
                                Email: karl_bryning@fd.org