**E-FILED**
Thursday, 18 January, 2007  10:46:17 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Crim. No. 06-10096** |
| | ) | |
| **REV I. BLAKES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S  APPLICATION**
**FOR ISSUANCE OF SUBPOENA**

Now comes the Defendant, by his attorney, and pursuant to Rule 17(b), Fed.R.Crim.P., makes this application for the issuance of a subpoena to compel the appearance of  persons to testify on behalf of the Defendant and in support thereof, states as follows:

1.  That this cause is scheduled for a jury trial on Monday, January 29, 2007, at 09:00 a.m., in Peoria, Illinois, before United States District Judge Joe B. McDade, Judge presiding.

2.  That the Defendant is indigent and has been appointed counsel to represent him in this cause and is financially unable to pay the witness fees and mileage costs of the following persons  whom he wishes to subpoena to testify on his behalf at the trial in this cause:

      a.  Iza R. Blakes, 1524 N. North St., Peoria, IL.

      b. Omar Blakes, 904 E. Behrends St., Peoria, IL.

      c. Mrs. M. Hugan, 904 E. Behrends St., Peoria, IL

3.  That the appearance of the witnesses in this cause is necessary to an adequate defense of the Defendant.

4.  That based on the foregoing, the Defendant requests the issuance of subpoenas for service upon the aforesaid witnesses without prepayment of fees and mileage costs.

WHEREFORE, the Defendant respectfully makes this  application for the issuance of subpoenas to compel the appearance of persons to testify on behalf of the Defendant at the trial in this cause.

REV I. BLAKES, Defendant

RICHARD H. PARSONS
Chief Federal Public Defender

BY:    s/Karl W. Bryning
KARL W. BRYNING
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )          **Crim. No. 06-10096** |
| | ) |
| **REV I. BLAKES,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This cause is before the Court on the Defendant's application for issuance of subpoenas pursuant to Rule 17(b), Fed.R.Crim.P.  The Court finds that the Defendant is financially unable to pay the fees of the witness whom he wishes to subpoena and that the witnesses' appearance is necessary to an adequate defense.

IT IS HEREBY ORDERED that the Defendant's motion is allowed, and that the Clerk of this Court shall issue subpoenas for the Defendant's trial on Monday, January 29, 2007, at 09:00 a.m. to the following persons for service without prepayment of witness fees and mileage costs.

a.  Iza R. Blakes, 1524 N. North Street, Peoria, IL.

b. Omar Blakes, 904 E. Behrends St., Peoria, IL

c. Mrs. M. Hugan, 904 E. Behrends St., Peoria, IL

Dated:_____.


_____
**Joe B. McDade**
**UNITED STATES DISTRICT JUDGE**