UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   06-10096 |
| ) | |
| REV I. BLAKES, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE JURY TRIAL,
OR IN THE ALTERNATIVE,
MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

Now comes the United States of America by Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, for the Central District of Illinois, and hereby requests that this Honorable Court grant a continuance of the jury trial and in support of this motion the government states as follows:

1.   Rev Blakes, the defendant herein, has been indicted for the offenses of possession with intent to distribute crack cocaine and possession of a firearm by a felon. That indictment is scheduled for a jury trial on January 29, 2007.

2.   The defendant has recently provided to the government a video taped interview of Iza Blakes, the defendant's father, in which Iza Blakes claims that the drugs and gun seized by the police, and for which Rev Blakes is charged, belongs to Iza

1

Blakes. It is apparent from the tape that the interview was conducted on December 15, 2006. Iza Blakes no longer resides 1524 N. North, Peoria, IL. Although DEA agents have attempted to locate Iza Blakes, he has not been located.

3. On September 6, 2002, the defendant, Rev Blakes, was arrested and thereafter charged in Federal Court (02-10113), with possession with intent to distribute crack cocaine. After the defendant advised the government that he was seriously ill with sickle cell anemia and related complications, the government, as a humanitarian act, dismissed the charge in January 2004.

4. On September 28, 2005, the defendant, Rev Blakes, was arrested and thereafter charged with possession of a controlled substance in the Circuit Court of Peoria County. He was thereafter convicted of that offense. The quantity of drugs (5.7 grams of crack cocaine) meets the drug qualifications for prosecution in federal court.

5. To proceed under the present circumstances could lead to the government being prejudiced by the potential testimony of Iza Blakes. It appears that the defendant intended that the government would have little or no time to respond to the taped statement by delaying its disclosure for several weeks until mid-January.

6. Based on the recent evidence provided by the defendant, the government desires to further investigate the instant charges at which time Iza Blakes, if he can be located, would be called to testify at the grand jury. The government now believes that the defendant misrepresented his physical condition which led to the dismissal of the federal charge in 2004. The government intends to re-indict Rev Blakes for the charge of

possession with intent to distribute crack cocaine that had been earlier dismissed. It is also contemplated that an additional drug charge could be lodged based on the September 2005 arrest.

7. The ends of justice would better be served by having one indictment charging several offenses rather than multiple indictments and multiple trials. The government requests this Court to continue the jury trial date to on or after February 26, 2007, or in the alternative, to dismiss the present indictment without prejudice so that the government can re-indict these charges if necessary.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/: Bradley W. Murphy
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a copy to: Karl Bryning, Assistant Federal Public Defender.

        s/: Kim Ritthaler
        Legal Assistant