# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 06-10096 |
| | ) |
| REV I. BLAKES, | ) |
| | ) |
| Defendant. | ) |

## RECIPROCAL DISCOVERY REQUEST

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and hereby requests reciprocal discovery from the defendants in the above-styled case.  In support of its request, the government states as follows:

1.  The government has provided and made available discovery pursuant to Federal Rule of Criminal Procedure 16(a)(1)(A), (B), (D), (E) and (F).

2.  The government has provided and made available witness statements pursuant to Federal Rule of Criminal Procedure 26.2.

WHEREFORE, pursuant to Federal Rules of Criminal Procedure 16(b)(1)(A), (B) and (C), and 26.2, the government respectfully requests that this Court direct the defendant and his counsel to provide reciprocal discovery to the government forthwith.

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY


        s/:  Bradley W. Murphy
        Bradley W. Murphy
        Assistant United States Attorney
        One Technology Plaza, Suite 400
        Peoria, Illinois 61602
        Telephone: 309/671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on January 19, 2007, I electronically filed the foregoing **RECIPROCAL DISCOVERY REQUEST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the party listed below:

Karl W. Bryning
Assistant Federal Defender
401 Main St., Suite 1500
Peoria, Illinois 61602

 s/:  Kim Ritthaler
Legal Assistant