AO89 (Rev. 7/95) Subpoena in a Criminal Case

E-FILED
Friday, 19 January, 2007 02:14:11 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

For the Central DISTRICT OF Illinois

United States of America

v.

Rev I. Blakes

TO: Mrs. M. Hugan

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 06-10096

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>100 NE Monroe, Courtroom D<br>Peoria, IL 616102 | D - Judge McDade |
| | **DATE AND TIME**<br>1/29/07 at 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/John M. Waters<br>(By) Deputy Clerk<br>/s/ Clerk | 1/19/2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

# UNITED STATES DISTRICT COURT

For the Central    DISTRICT OF    Illinois

United States of America

V.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 06-10096

Rev I. Blakes

TO: Omar Blakes

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | D - Judge McDade |
| 100 NE Monroe, Courtroom D | DATE AND TIME |
| Peoria, IL 616102 | 1/29/07 at 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/John M. Waters | |
| (By) Deputy Clerk | 1/19/2007 |
| s/R. Knox | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

# UNITED STATES DISTRICT COURT

For the Central    DISTRICT OF    Illinois

| United States of America | SUBPOENA IN A |
| V. | CRIMINAL CASE |

Case Number: 06-10096

Rev I. Blakes

TO:  Iza R. Blakes

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| United States District Court | D - Judge McDade |
| 100 NE Monroe, Courtroom D | DATE AND TIME |
| Peoria, IL 61602 | 1/29/07 at 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| s/John M. Waters | |
| (By) Deputy Clerk | |
| s/R. Knox | 1/19/2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: