IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10096 |
| ) | |
| REV I. BLAKES, ) | |
| ) | |
| Defendant. ) | |

**<u>GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY</u>**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby provides notice expert witness testimony. The following witnesses will testify to the inspections and examinations they conducted in this case and the opinions they reached.

1.    Tim Moore and/or Loren Marion, III, an officer from the Peoria Police Department, will testify concerning the means and methods of crack distribution in the Peoria, Illinois area. He will testify that based on his education, training and experience (attached CV), the packaging of the drugs and drug weight of the crack cocaine are consistent with distribution amounts and purposes, but inconsistent with amounts held for personal use. The use by

traffickers of houses other than their own home to stash the drugs is a common practice of drug dealers.

2. Mark Geever, a Special Agent with ATF, will testify concerning the interstate nexus of the Phoenix Arms .22 caliber pistol. He will testify that based on his examination of the weapon, and his education, training, and experience (attached CV), the .22 caliber pistol was manufactured in the State of California and therefore had traveled in interstate commerce prior to November 4, 2006.

3. Aaron Roemer, a forensic chemist employed by the Morton Crime Lab, will testify concerning his chemical examination of drug exhibits submitted to him by the Peoria Police Department. He will testify that based on his examination and his education, training and experience (attached CV) Gov't Exhibit ____ contains 5.7 grams of cocaine (base), and Gov't Exhibit ____ contains 34.3 grams of cocaine base. His opinions were reached after weighing each exhibit and conducting accepted scientific tests thereon.

4. Michelle Dierker, a forensic chemist employed by the Morton Crime Lab, will testify concerning her chemical examination of drug exhibits submitted to her by the Peoria Police Department. She will testify that based on her examination and her education, training and experience (attached CV) Gov't

Exhibit _____ contains 9.0 grams of cocaine base. Her opinions were reached after weighing each exhibit and conducting accepted scientific tests thereon.

    5.    Craig Hightower, an officer from the Peoria Police Department, will testify concerning his development and identification of fingerprints.  He will testify that based on his examination and his education, training and experience he was unable to develop any suitable latent fingerprints from Gov't. Exhibits _____ (gun, bullets).

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: Bradley W. Murphy**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza, 4th Floor
211 Fulton Street
Peoria, Illinois 61602
Telephone:  309/671-7050

# CERTIFICATE OF SERVICE

I hereby certify that on **January 22, 2007**, I electronically filed the **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Karl Bryning**

and I hereby further certify that I have mailed, by United States Postal Service, the **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** to the following non CM/ECF participants:

**Non Applicable**

**s/: Kim Ritthaler**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

October, 2006

## QUALIFICATIONS OF MARK W. GEEVER

I, Mark W. Geever, hereby declare and say:

1) That I am currently a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and that I am assigned to the Springfield, Illinois, Field Office. I have been employed in this position since February, 1987.

2) That subsequent to being hired by ATF, I attended Criminal Investigator School (CIS), an eight-week long basic police training school given at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. After graduating from CIS, I attended New Agent Training (NAT), which is an eight-week long, specialized training class given to ATF agents by the ATF Academy, Glynco, Georgia. During these training schools I became familiar with the Federal firearms laws, was given extensive firearms training, and was exposed to a wide variety of firearms.

3) That during the course of my career in the field, I have been the case agent or been closely associated with over 200 firearms investigations. I have assisted other agents in at least that many firearms investigations.

4) That during the course of my career, I have conducted hundreds of traces on firearms that were either recovered during an ATF investigation or were requested by other investigators. Tracing firearms involves tracking the history of a firearm from the manufacturer (origin) through various wholesalers and retail outlets to an individual purchaser.

5) That from 1996 to 2001, I was the alternate vault custodian at the ATF Field Office in Springfield, Illinois. In that capacity, I was directly responsible for or assisted in cataloging several hundred firearms taken into evidence by agents from this office during that time.

6) That over the course of my career, I have testified in Federal grand jury or other court proceedings approximately ninety (90) times regarding the origin of firearms. I have testified as an expert witness regarding the origin of firearms in U.S. District Court for the Central District of Illinois on twenty-one (21) separate occasions.

7) That in November, 1998, I attended a one week Firearms Interstate Nexus Training course at ATF Headquarters, Washington, D.C., where I became familiar with a wide range of books, catalogs, and official correspondence relating to the firearms field. I was required to take and pass a written examination both before

-2-

and after the class was given. Also during this training, I toured the ATF Firearms Reference Collection. This collection includes approximately 6000 different kinds of firearms from all over the world.

8) That in September, 2001, I attended a one week Advanced Interstate Nexus Training course in the New England, USA, area. This training included guided tours of the following firearms manufacturing facilities: Sturm, Ruger, and Company, Inc., Newport, New Hampshire; H & R 1871, Gardner, Massachusetts; Smith & Wesson, Springfield, Massachusetts; Savage Arms, Westfield, Massachusetts; Marlin Firearms, North Haven, Connecticut; Mossberg, North Haven, Connecticut; and Colt Firearms, West Hartford, Connecticut. During these tours, I observed how each company manufactures their firearms and firearms parts from raw materials to finished product. I also observed how and where these companies place identifying markings, including serial numbers, and the frames and receivers of their firearms.

9) That in May, 2004, I attended a two week European Interstate Nexus Training course. This training course included guided tours of the following firearms manufacturing facilities: Ceska Zbrojovka (CZ), Uhersky Brod, Czech Republic; FEGARMY, Budapest, Hungary; Glock GmbH, Deutsch Wagram, Austria; Heckler & Koch (H & K), Oberndorf, Germany; Walther, Ulm, Germany; J.P. Sauer & Sohn, Eckernforde, Germany; and FN Herstal, Liege, Belgium. During these tours, I observed how each company manufactures their firearms and firearms parts from raw materials to finished product. I also observed how and where these companies place identifying markings, including serial numbers, and the frames and receivers of their firearms. Also during this training, I took guided tours of proof houses in Ulm, Germany, and Liege, Belgium, where they explained their testing procedures and I observed the proof markings that they place onto firearms after testing. In addition, I took a self guided tour through the Museum Arsenal, a military history museum in Vienna, Austria, that displays a large number of World War I and World War II era military firearms, and a guided tour through the National Firearms Museum in Koblenz, Germany.

10. That in September, 2006, I attended a one week Advanced Ammunition Nexus Training course in the Midwest (USA) area. This training included guided tours of the following ammunition manufacturing facilities: Remington-Peters, Lonoke, Arkansas; Fiocchi Ammunition, Ozark, Missouri; Starline Brass, Sedalia, Missouri; Sierra Bullets, Sedalia, Missouri; and Olin Corp (Winchester), East Alton, Illinois. During these tours, I observed how each company manufactures their ammunition/components from raw materials to finished product.

11. That I have prepared over two hundred and seventy (270) ATF Report of Investigation (ROI's) for myself and for other agents regarding the interstate nexus determination of firearms and ammunition.

E-FILED
Monday, 22 January, 2007  11:43:11 AM
Clerk, U.S. District Court, ILCD

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Michelle L. Dierker |
| PRESENT EMPLOYER: | Illinois State Police<br>Forensic Sciences Command |
| BUSINESS ADDRESS: | Morton Forensic Science Laboratory<br>1810 South Main Street<br>Morton, Illinois 61550 |
| BUSINESS TELEPHONE: | 309-284-6500 |
| PRESENT POSITION: | Forensic Scientist III |
| CURRENT DUTIES: | Responsible for the preservation, receipt, and examination of physical evidence, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances.<br><br>Chemistry Section Advisory Committee Member, 1993 through 1997<br>Marijuana Leaf Identification Coordinator, 1997 through present<br>Employee Recognition Committee, 2000 through present |
| EDUCATION: | Southern Illinois University at Edwardsville, Edwardsville, Illinois<br>Bachelor of Science, Biology/Medical Science |
| TRAINING: | One year of training in the identification of Cannabis and controlled substances, including theory, instrumental techniques and courtroom demeanor at the Illinois State Police, Forensic Sciences Command Training and Applications Laboratory in Carbondale, Illinois |
| PROFESSIONAL ORGANIZATIONS: | Midwestern Association of Forensic Scientists |
| PUBLICATIONS/ PRESENTATIONS: | Abstract<br>Clindamycin Enhances Murine DTH and Anticandidal Activity, Annual Meeting of the American Society for Microbiology, Miami Beach, Florida, May 10, 1988<br><br>Abstract<br>Comparison of the Enhancement of Murine Immune Response by Erythromycin, Trospectomycin and Norfloxacin, Annual Meeting of Illinois State Academy of Science, Loyola University, Chicago, Illinois, October 20-21, 1989<br><br>Presentation, "Data of Lysergic Acid Alkyl Amides of Forensic Interest," MAFS meeting, October 1990 |
| EDUCATIONAL | |

3/22/05

Curriculum Vitae
Michelle L. Dierker                                                                    Page 2

CONFERENCES:     Hewlett Packard Practical Capillary Gas Chromatography, April 1990
MAFS Annual Meeting, October 1990, 1991
DEA Forensic Chemist Seminar, March 1991
Gas Chromatography Maintenance, May 1991
Hewlett Packard Gas Chromatography Seminar, June 1992
Mattson FTIR Training Course, October 1992
Hewlett Packard Mass Spectral Interpretation, July 1993
ISP Statistical In-service, January 1994
ISP Methcathinone In-service, May 1994
ISP Derivitization In-service, February 1996
AFSCME Right to Know Course, March 2000
ATR In service, December 2000
Methamphetamine Clandestine Laboratory Awareness Training,
     August 2001
GHB Workshop, August 2001
Peoria Women's Conference, November 2001

3/22/05

E-FILED
Monday, 22 January, 2007  11:43:23 AM
Clerk, U.S. District Court, ILCD

MAY 2006

TO WHOM IT MAY CONCERN,

THE FOLLOWING IS A BRIEF DESCRIPTION OF MY TRAINING AND BACKGROUND AS A POLICE OFFICER, PARTICULARLY IN THE AREA OF NARCOTICS ENFORCEMENT.

I WAS HIRED AS A POLICE OFFICER ON OCTOBER 3RD OF 1994 BY THE CITY OF PEORIA. ON OCTOBER 10TH, 1994 I WENT TO THE POLICE TRAINING INSTITUTE AT THE UNIVERSITY OF ILLINOIS CHAMPAIGN-URBANA. I SUCCESSFULLY COMPLETED THE 400-HOUR BASIC LAW ENFORCEMENT TRAINING COURSE. DURING THE 400-HOUR TRAINING COURSE, I RECEIVED A BLOCK OF INSTRUCTION IN DRUG IDENTFICATION AND PACKAGING.

IN APRIL OF 1995, AFTER SUCCESSFULLY COMPLETING THE FIELD TRAINING PROGRAM, I WAS ASSIGNED TO THE UNIFORMED PATROL DIVISION.

IN NOVEMBER OF 1996 I WAS TRANSFERRED FROM WITHIN THE PATROL DIVISION TO THE COMMUNITY AREA TARGET TEAM (C.A.T.T.). DURING MY TENURE IN THE C.A.T. TEAM, WE CONCENTRATED ON QUALITY OF LIFE ISSUES IN HIGH CRIME AREAS. QUALITY OF LIFE ISSUES INCLUDED BUT WAS NOT LIMITED TO, STREET LEVEL DRUG DEALING. WE CONDUCTED SEVERAL SURVEILLANCE OPERATIONS WHERE I WITNESSED HAND TO HAND DRUG BUYS. I ALSO MADE NUMEROUS DRUG ARRESTS AND SEIZED A QUANTITY OF DIFFERENT DRUGS WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED. I BECAME FAMILIAR WITH THE SEVERAL WAYS COCAINE AND CANNABIS ARE PACKAGED IN THE PEORIA AREA.

IN JANUARY OF 1996 THE C.A.T. TEAM WAS COMBINED WITH THE GANG UNIT. THE NEW UNIT WAS CALLED THE STREET CRIMES UNIT. THE FUNCTION OF THE STREET CRIMES UNIT WAS PRIMARILY THE SAME AS THE C.A.T. TEAM. I MADE SEVERAL MORE DRUG ARRESTS WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED.

IN MAY OF 1997 I ATTENDED A 5-DAY CRIMINAL PATROL DRUG ENFORCEMENT COURSE INSTRUCTED BY THE INSTITUTE OF POLICE TECHNOLOGY AND MANAGEMENT, UNIVERSITY OF N. FLORIDA. I WAS TRAINED IN THE PACKAGING OF DRUGS, THE WAY DRUGS ARE TRANSPORTED, NEW TRENDS IN ALTERING VEHICLES FOR THE TRANSPORT OF DRUGS, AND INTERVIEW AND INTERROGATION TECHNIQUES OF DRUG COURIERS.

PAGE 2 OF 2

IN JANUARY OF 2001 (TO PRESENT) I WAS TRANSFERRED FROM THE STREET CRIMES UNIT TO THE SPECIAL INVESTIGATIONS DIVISION, VICE/NARCOTICS UNIT (S.I.D.). MY DUTIES IN THIS DIVISION CONSISTS OF WORKING INFORMANTS, WORKING UNDERCOVER, PROCESSING CLANDESTINE LABORATORIES, AND PREPARING AND EXECUTING SEARCH WARRANTS FOR PROSECUTION.

SINCE BEING ASSIGNED TO S.I.D., I HAVE PREPARED 102 NARCOTICS RELATED CASES, 57 OF WHICH WERE SEARCH WARRANTS. I ALSO ASSISTED IN THE INVESTIGATION, PLANNING, AND EXECUTION OF SEVERAL HUNDRED SEARCH WARRANTS PREPARED BY OTHER OFFICERS IN THE DIVISION. I HAVE BEEN INVOLVED IN SEVERAL MULTI-OUNCE UP TO MULTI-KILO SEIZURES. I HAVE CONDUCTED HUNDREDS OF HOURS OF SURVEILLANCE ON SUSPECTED DRUG HOUSES, DRUG DEALERS, AND OBSERVED STREET LEVEL UP TO LARGE LEVEL DEALERS CONDUCT THEIR BUSINESS.

MEMBERS OF THE S.I.D. ATTEND AN ANNUAL TRAINING CONFERENCE HOSTED BY THE ILLINOIS DRUG ENFORCEMENT OFFICERS ASSOCIATION. S.I.D. OFFICERS ALSO ATTEND WEEKLY MEETINGS PERTAINING TO NEW TRENDS IN NARCOTICS, DEALERS, AND LOCATIONS USED IN THE NARCOTICS BUSINESS, TO INCLUDE UPDATED MATERIAL REGARDING NEW TRENDS IN DRUG PACKAGING AND TRANSPORTING.

IN JUNE OF 2001 I ATTENDED A 5-DAY BASIC NARCOTICS INVESTIGATORS COURSE INSTRUCTED BY THE U.S. ARMY COUNTERDRUG UNIT HELD AT FT. LEONARD WOOD, MO. THE COURSE CONTENT COVERED BUT WAS NOT LIMITED TO, INVESTIGATIVE TECHNIQUES, DRUG IDENTIFICATION, DRUG PACKAGING, AND UNDERCOVER WORK.

IN FEBRUARY OF 2002 UNTIL JUNE OF 2002, I ASSISTED THE D.E.A. MOBILE ENFORCEMENT TEAM. DURING THAT TIME, I PARTICIPATED IN SEVERAL MULTI-OUNCE COCAINE BUYS UP TO MULTI-KILO COCAINE BUYS/FRONTS/SEIZURES. USE OF ELECTRONIC EAVESDROPPING WAS IMPLEMENTED ON ALMOST EVERY CASE.

IN MARCH OF 2006 I WAS ASSIGNED A COLLATERAL DUTY AS A D.E.A. TASK FORCE OFFICER. SINCE MY ASSIGNMENT, I HAVE BEEN INVOLVED IN SEVERAL INTERVIEWS/PROFFERS OF LARGE LEVEL DRUG DEALERS AND HAVE LEARNED FROM THEM HOW THEY CONDUCTED THEIR BUSINESS.

*Loren Marion III*
OFFICER LOREN MARION III
BADGE #887

MARCH 2004

TO WHO IT MAY CONCERN:

THE FOLLOWING IS A BRIEF DESCRIPTION OF MY TRAINING AND BACKGROUND AS A POLICE OFFICER AND PARTICULARLY IN THE AREA OF NARCOTICS ENFORCEMENT.

I WAS HIRED AS A POLICE OFFICER IN JULY OF 1989 BY THE CITY OF PEORIA, POLICE DEPARTMENT. IMMEDIATELY I WAS SENT TO THE POLICE TRAINING INSTITUTE AT THE UNIVERSITY OF ILLINOIS WHERE I SUCCESSFULLY COMPLETED THE 400-HOUR BASIC LAW ENFORCEMENT COURSE. DURING THE 400-HOUR COURSE, I RECEIVED A BLOCK OF INSTRUCTION IN DRUG IDENTIFICATION AND PACKAGING.

IN OCTOBER OF 1989 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION TO WORK IN AN UNDERCOVER CAPACITY. FOR THE NEXT FOUR MONTHS I PARTICIPATED IN SURVEILLANCES AND HAND TO HAND BUYS OF NARCOTICS.

IN APRIL 1990, AFTER SUCCESSFULLY COMPLETING THE FIELD TRAINING OFFICER PROGRAM, I WAS ASSIGNED TO THE UNIFORMED PATROL DIVISION.

IN APRIL OF 1991 I WAS ASSIGNED TO THE PHA WALKING BEAT, WORKING PRIMARILY IN THE WARNER HOMES HOUSING COMPLEX. DURING MY TENURE IN THE WALKING BEAT, I MADE SEVERAL HUNDRED DRUG ARRESTS AND SEIZED A QUANTITY OF DIFFERENT DRUGS, WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED. I BECAME FAMILIAR WITH THE SEVERAL WAYS COCAINE AND CANNABIS ARE PACKAGED IN THE PEORIA AREA.

DURING MY TENURE IN THE WALKING BEAT, I WAS SENT TO THE TWO WEEK DRUG ENFORCEMENT ADMINISTRATION BASIC NARCOTICS OFFICER SCHOOL IN MAY OF 1994. I WAS TRAINED IN THE IDENTIFICATION OF DRUGS, PACKAGING, DRUG TESTING, COMMON TRENDS IN THE SALES OF DRUGS, THE MANUFACTURING OF DRUGS, AND WORKING UNDERCOVER. IN OCTOBER OF 1993 I ATTENDED A ONE-WEEK CRIMINAL PATROL DRUG ENFORCEMENT COURSE INSTRUCTED BY THE INSTITUTE OF POLICE TECHNOLOGY AND MANAGEMENT, UNIVERSITY OF N. FLORIDA. I WAS TRAINED IN THE PACKAGING OF DRUGS, THE WAY DRUGS ARE TRANSPORTED, AND NEW TRENDS IN ALTERING VEHICLES FOR THE TRANSPORT OF DRUGS, TO INCLUDE INTERVIEW AND INTERROGATION TECHNIQUES OF DRUG COURIERS. I ALSO RECEIVED SEVERAL HUNDRED HOURS OF IN-SERVICE TRAINING IN LAW ENFORCEMENT RELATED CLASSES FROM THE ICC POLICE TRAINING.

IN JANUARY OF 1995 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION, VICE AND NARCOTICS. MY DUTIES IN THAT DIVISION

CONSISTED OF WORKING INFORMANTS, WORKING UNDERCOVER, PREPARING AND EXECUTING SEARCH WARRANTS FOR PROSECUTION. DURING THAT TENURE, I PREPARED AND EXECUTED 63 SEARCH WARRANTS. I ALSO ASSISTED IN THE INVESTIGATION, PLANNING, AND EXECUTION OF NUMEROUS SEARCH WARRANTS PREPARED BY OTHER OFFICERS IN THE DIVISION. I HAVE MADE NUMEROUS HAND TO HAND BUYS OF COCAINE AND LOOK ALIKE SUBSTANCES FROM STREET LEVEL DEALERS. I HAVE CONDUCTED SEVERAL HOURS OF SURVEILLANCE ON SUSPECTED DRUG HOUSES AND OBSERVED STREET LEVEL DEALERS CONDUCT THEIR BUSINESS. MEMBERS OF THE VICE AND NARCOTICS UNIT ATTEND A WEEKLY MEETING PERTAINING TO NEW TRENDS IN NARCOTICS, DEALERS, AND LOCATIONS USED IN THE NARCOTICS BUSINESS, TO INCLUDE UPDATED MATERIAL REGARDING NEW TRENDS IN DRUG PACKAGING AND TRANSPORTING.

IN JANUARY OF 1998 I WAS REASSIGNED TO THE PATROL DIVISION AND THEN GIVEN THE ADDITIONAL DUTY OF FIELD TRAINING OFFICER, UNTIL AUGUST OF 1999. I WAS THEN TRANSFERRED WITHIN THE PATROL DIVISION TO THE STREET CRIMES UNIT UNTIL JANUARY OF 2001. DURING THAT TIME, I MADE NUMEROUS DRUG ARRESTS IN THAT UNIT CONSISTING OF MAINLY COCAINE AND HEROIN.

IN JANUARY OF 2001 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION AGAIN. IN FEBRUARY OF 2001 I ATTENDED A 3-DAY CLANDESTINE METHAMPHETAMINE LABORATORY INVESTIGATION SCHOOL, INSTRUCTED BY THE MULTIJURISDICTIONAL COUNTERDRUG TASK FORCE. THE COURSE CONTENT COVERED THE HISTORY OF METHAMPHETAMINE, LABORATORIES, INVESTIGATIONS, AND CHEMICALS USED TO MAKE METH.

IN FEBRUARY OF 2002, I WAS ASSIGNED TO THE DEA MOBILE ENFORCEMENT TEAM, UNTIL JUNE OF 2002. DURING THAT TIME, I PARTICIPATED IN NUMEROUS MULTI-OUNCE COCAINE BUYS, UP TO MULTI-KILO COCAINE BUYS/FRONTS/SEIZURES. USE OF ELECTRONIC EAVESDROPPING WAS IMPLEMENTED ON ALMOST EVERY CASE. I PREPARED AND EXECUTED NUMEROUS SEARCH WARRANTS DURING THAT DEPLOYMENT.

SINCE BEING ASSIGNED TO VICE IN JANUARY OF 2001, I HAVE PREPARED 85 NARCOTICS RELATED CASES, 35 OF WHICH WERE SEARCH WARRANTS.

OFFICER TIMOTHY MOORE
BADGE #837

E-FILED
Monday, 22 January, 2007  11:43:49 AM
Clerk, U.S. District Court, ILCD

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Aaron R. Roemer |
| **PRESENT EMPLOYER:** | Illinois State Police<br>Forensic Sciences Command |
| **BUSINESS ADDRESS:** | Morton Forensic Science Laboratory<br>1810 South Main Street<br>Morton, Illinois 61550 |
| **BUSINESS TELEPHONE:** | 309-284-6500 |
| **PRESENT POSITION:** | Forensic Scientist II, Drug Chemistry |
| **CURRENT DUTIES:** | Responsible for the receipt, examination, and preservation of physical evidence, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances. |
| **EDUCATION:** | Illinois State University, Normal, Illinois<br>Bachelor of Science - Biological Sciences, 2001 |
| **TRAINING:** | One year training course in the analysis and identification of Cannabis and other controlled substances, including theory, instrumental techniques and courtroom demeanor at the Southern Illinois Forensic Science Centre in Carbondale, Illinois. |
| **ADDITIONAL TRAINING:** | 2003-Illinois State Police GCMS Macros Seminar<br>2004-DEA Chemists' Symposium<br>2005-The Investigation and Prosecution of Methamphetamine cases in Illinois |
| **PROFESSIONAL EXPERIENCE:** | July 2003-present      Forensic Scientist<br>June 2002-July 2003   Forensic Scientist Trainee |

1/31/06