IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-10096 |
| | ) |
| REV I. BLAKES, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S LIST OF EXHIBITS.

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and submits the following list of exhibits:

1. crack cocaine (11/4/06)

2. recording 911 call back

3. a) firearm
   b) ammunition

4. bag/bullet

5. arrest warrant

6. recording 911 call

7. cash - $659

8. a) proof of residence
   b) Nextel bill

9. consent to search form

10. photographs

11. crack cocaine (9/28/05)

12. crack cocaine (9/6/02)

13. certified copy of prior convictions

                        UNITED STATES OF AMERICA

                        RODGER A. HEATON
                        UNITED STATES ATTORNEY

                        **s/:  Bradley W. Murphy**
                        Bradley W. Murphy
                        Assistant United States Attorney
                        One Technology Plaza, Suite 400
                        Peoria, Illinois 61602
                        Telephone: 309/671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the party listed below:

Karl W. Bryning
Assistant Federal Defender
401 Main St., Suite 1500
Peoria, Illinois 61602

 s/:  Kim Ritthaler
Legal Assistant