E-FILED
Friday, 26 January, 2007 03:52:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>REV I. BLAKES,    )<br>    )<br>    Defendant.    ) | Criminal No.  06-10096 |

## SUPPLEMENTAL DISCLOSURES

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and submits the following Supplemental Disclosures:

1. At his arrest on November 4, 2006, the defendant stated to arresting officers Legaspi and McKean that the bedroom he was arrested in was his bedroom.

2. On November 4, 2006, Iza Blakes told officers Legaspi and McKean that a second bedroom was his bedroom.

3. The drugs seized from Rev Blakes on September 28, 2005 have been analyzed further and determined to be cocaine base by Forensic Scientist Aaron Roemer of the Morton Crime Lab.

    4.  The bullet in the plastic bag was processed for latent fingerprints by officer Craig Hightower and no suitable latent prints were discovered.

    5.  The government may use a diagram of the premises at 1524 N. North Street as an exhibit at trial.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    RODGER A. HEATON
    UNITED STATES ATTORNEY

    **s/:  BRADLEY W. MURPHY**
    Bradley W. Murphy
    Assistant United States Attorney
    One Technology Plaza
    211 Fulton Street, 4th Floor
    Peoria, Illinois 61602
    Telephone: 309.671.7050

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2007, I electronically filed the Supplemental Disclosures with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>**Karl Bryning**
>**Assistant Federal Defender**
>**401 Main Street, Suite 1500**
>**Peoria, IL 61602**


>**s/: Margo Scamp**
>Legal Assistant