AO 89 (Rev. 7/95) Subpoena in a Criminal Case

E-FILED
Wednesday, 31 January, 2007 01:24:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

For the Central DISTRICT OF Illinois

United States of America

v.

Rev I. Blakes

TO: Omar Blakes
904 E. Behrends St.
Peoria, IL

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 06-10096

**FILED**

JAN 3 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | D - Judge McDade |
| 100 NE Monroe, Courtroom D | DATE AND TIME |
| Peoria, IL 616102 | 1/29/07 at 9:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| /s/ Clerk | |
| (By) Deputy Clerk | 1/19/2007 |
| s/ Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 1-22-07 | |
| SERVED | 1-23-07 | 904 Behrends St, Peoria |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Melvin Hudson | ☐ YES  ☐ NO   AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| GREG SIMS | DUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1-23-07
DATE

Greg Sims
SIGNATURE OF SERVER

ADDRESS OF SERVER
UNITED STATES MARSHALS SERVICE
U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

ADDITIONAL INFORMATION