UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.: 06-10096 |
| v. | ) |
| REV I. BLAKES, | ) |
| Defendant. | ) |

### **NOTICE OF CHANGE OF ADDRESS**

COMES NOW counsel for the defendant, REV I. BLAKES, and informs the Court and all counsel of record that his new address and contact information is:

> L. Lee Smith
> Hinshaw & Culbertson LLP
> 416 Main St., Suite 600
> Peoria, IL  61602
> Telephone:  (309) 674-1025
> Facsimile:  (309) 674-9328

This change of address and contact information is effective April 26, 2007.

Respectfully submitted,

/s/ L. Lee Smith
L. Lee Smith
Attorneys for Defendant REV I. BLAKES
HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on **April 17, 2007**, I electronically filed this **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bradley W. Murphy
United States Attorney
211 Fulton St., Suite 400
Peoria, IL  61602

 s/L. Lee Smith
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025
309-674-9328 – Fax

80238718v1 874014