July 23, 07

To: United States District Court
Central District of Illinois
Office of the Clerk - Room 309
Federal Building
100 N.E. Monroe
Peoria, IL. 61602

**FILED**
JUL 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

From: Rev Iza Blakes
Case NO: 06-10096-001

Dear Clerk, I'm writing you because I would like to obtain a copy of the Plea Agreement, + the docket sheet for the proceedings in case no: 06-10096-001 US v. Blakes.

Thank You in advance!

Rev Elza Blakes 13056-026