July 23, 07

To: United States District Court
Central District of Illinois
Office of the Clerk - Room 309
Federal Building
100 N.E. Monroe
Peoria, IL. 61602

**FILED**

JUL 2 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

From: Rev Iza Blakes
Case NO: 06-10096-001

Dear Clerk, I'm writing you because I would like to obtain a copy of the Plea Agreement, + the docket sheet for the proceedings in case no: 06-10096-001 US v. Blakes.

Thank You in advance!

Rev Elza Blakes 13056-026



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

July 25, 2007

Rev I. Blakes
#13056-026
FCI TERRE HAUTE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808

Dear Mr. Blakes:

We are in receipt of your letter requesting copies of the Plea Agreement and Docket Sheet with regard to your case in federal court.  The fee to obtain copies of those documents is $6.90.  Please remit a money order or cashier's check in the amount of $6.90 made payable to the Clerk of Court.  Upon receipt of the funds, we will forward the copies to you.

Sincerely,

s/John M. Waters
John M. Waters
Clerk of Court

JMW/rlk