E-FILED
Wednesday, 16 January, 2008 12:17:19 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 16 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Mr. Rev. Blakes #13056-026 )<br>Petitioner/Defendant )<br>)<br>)<br>vs. )<br>)<br>)<br>United States of America )<br>Respondents ) | Case No. 06-10096-001 |

"Motion for Reduction of Sentence"
Pursuant to 18 U.S.C. §35B2(c)(2)

Background: defendant pleaded guilty to one count, pursuant to 21 U.S.C. Sections 841 (a)(1) and R41 (b)(1)(B), Possession of Cocaine Rase (crack) with Intent to Distribute 5 grams or more. Defendant has been in custody since November 4, 2006 and sentenced on June R, 2007. Defendant also brings this Motion seeking relief through grounds that his sentence was based on presentence investigation report that was based on mostly erroneous criminal history points which were misdemeanors in which now can be corrected pursuant to Amendment (12) which became retroactive on November 1, 2007. Defendant also seeks a sentence reduction in regards to Amendment (9) which allows a (2 point) sentence reduction in regards to U.S.S.G. § 2D1.1.

Mr. Blakes asks that he be conscrewed liberally and not be held to the same standards as an attorney. See Haines v. Kerner,

at 404 U.S. 519-520 92 S.Ct. 594, 595 30 L.Ed.2d 652 (1972). This motion was made in good faith and is not to further delay this cause.

Comes nOb), the Petitioner, Mr. Rev. Blakes #13056-026, acting in pro-se in this case, respectfully moves the district court to vacate and modify his current sentence pursuant to 18 U.S.C. §35A2(c)(2), based on Amendment (9) to the federal sentencing guidelines.

The petitioner seeks retroactive application of this amendment and seeks a sentence based on the following reasons and -precedent authority.

In this particular case the petitioner was sentenced to 87 months of imprisonment and a sentence of supervised release the petitioner was convicted and sentenced for 21 U.S.C. sections R41(8)(1) and 841(b)(1)(B) for Possession of 5 grams or more of Cocaine Base (crack) with intent to Distribute out of the United States District Court Central District of Illinois Peoria.

Since the petitioner's conviction has become final the Federal Sentencing Commission has subsequently lowered the sentencing guidelines Fanges which pertaining to Cocaine Base (Crack Cocaine) offenses under U.S:S.G. §2D1.1 pursuant to Title 28 U.S.C. §CJ94(o) and Title 1A U.S.C. §35A2(c)(2), respectfully. Specifically the petitioner requests a resentencing and retroactive application of Amendment (9) in this case.

Under this particular amendment this court has the authority

2.

to reduce petitioner's current sentence an additional two levels or reduce the defendant's sentence under the mandatory minimum due to the new guidelines. I should move from level 23, category IV to level 21, category III which is (46-57) months imprisonment.

The petitioner also requests upon resentencing that the district court take into consideration the relevant factors set forth in Title 18 U.S.C. §3553(a) to the extent that they are applicable, as well as the Supreme Court's ruling under <u>United States v. Booker,</u> at 543 U.S. 220, 263 (2005). See: also <u>U.S. v. Hicks,</u> 472 F.3d 1167 (9th Cir., 2007).

In <u>U.S. v. Hicks,</u> the court held that when a defendat is resentenced under 18 U.S.C. §3582(c)(2) based on subsequent amendment to the U.S.S.G. he is entitled to be resentenced under the advisory scheme of the sentencing guidelines under the <u>Booker</u> decision.

Under Title 18 U.S.C. §3553(a)(D)(6), a sentencing court may take unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct into account when sentencing defendants under the advisory sentencing guidelines. See: <u>US v. Leroy,</u> 373 F.Supp. 2D 887 (E.D. Idis. 2005). <u>U.S. v. Beamon,</u> 373 F.Supp. 2d 878 (E.D. ldis. 2005). <u>Simon v. U.S.,</u> 361 F.SUPP. 2d 35 (E.D. N.Y. 2005). <u>U.S. v. Smi.th,</u> 359 F.Supp. 2d 771,781 (E.D. Wis. 2005). <u>U.S. v. Clary,</u> 846 F.Supp. 2d 768 (E.D. Mo. 1994). <u>U.S. v. Pickett,</u> 475 F.3d 1347 (D.C. Cir. 2007) and <u>U.S. v. Gunter,</u> 462 F.3d 237 (3rd Cir. 2006).

3.

Since this court will be sentencing the petitioner under the advisory sentencing guidelines the petitioner would request an additional departure based on the disparities among the defendants sentenced for crack cocaine versus defendants sentenced for pOuJder cocaine.

The defendant asks that the government not oppose this request because the government's position would not be prejudiced by the district court's granting of this motion and request.

So based on the above significant and compelling reasons and precedent this court should reduce petitioner's current sentence.

                                      Respectfully submitted,

                                      *Rev Blakes*
                                      Mr. Rev. Blakes
                                        #13056-026
                                        P.O. Box 33
                                        Terre Haute, II\I.
                                                          47808-0033

Dated and Signed on this Rth,
day of January 2008.

*Rev-Blakes*
Mr. Rev. Blakes

                                                          4.

## Certificate of Service

I, <u>Rev Blakes,</u> hereby certify that the above and foregoing Motion pursuant to 3582(c)(2) was duly served and mailed pursuant to 1746 declRration, and filed by placing same in a sealed postage pre-paid envelope on this 8th day of January 2ooR, within the Federal Institutional legal mailbox and a true copy was mailed to all parties below:

    To: United States District Court
          Central District of Illinois
          Peoria
          U.S. Courthouse
          100 N.E. Monroe
          PeoriR, IL. 61602

    To: Rodger A. Heaton or Bradley W. Murphy
          U.S. Attorney and Asst. U.S. Attorney
          One Technology Plaza
          Suite 400
          211 Fulton St.
          Peoria, IL. 61602

Respectfully submitted,

*Rev Blakes* (signature)
Rev Blakes
#13056-026
P.O. Box 33
Terre Haute, IN. 478oB-0033

5.