E-FILED
Friday, 18 January, 2008 08:41:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-10096 |
| ) | |
| REV BLAKES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' INITIAL RESPONSE TO MOTION
TO MODIFY TERM OF IMPRISONMENT**

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, hereby responds to defendant Blake's motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2), and states:

1. On January 16, 2008, the defendant filed a motion to reduce his previously-imposed sentence by virtue of Amendment 706 to the United States Sentencing Guidelines, (as amended by Amendment 711), which became effective on November 1, 2007. This amendment reduces the offense levels applicable to crack cocaine convictions under 21 U.S.C. § 841 and related offenses. U.S.S.G. App. C, Amends. 706, 711. The defendant contends for his motion that Amendment 706 should be applied retroactively to his sentence of 87 months imprisonment which was previously imposed on June 8, 2007.

2. However, the defendant's motion is premature. Although the Sentencing Commission decided on December 11, 2007, to make Amendment 706 retroactive to sentences already imposed, that decision is not effective until March 3, 2008.

**WHEREFORE**, the United States respectfully requests that this Court stay any further action on the defendant's motion until on or after March 3, 2008. In addition, the United States respectfully requests the opportunity to further respond to the defendant's motion before this Court takes any action thereupon on or after such date.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/: Bradley W. Murphy
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602
Telephone: 309-671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to L. Lee Smith, Attorney at Law.  I further certify that I have mailed by United States Postal Service on the 18th day of January, 2008, this document to the following non-CM/ECF participant:

Rev Blakes
Reg. #13056-026
P.O. Box 33
Terre Haute, IN 47808

 s/: Kim Ritthaler
Legal Assistant