E-FILED
Monday, 11 February, 2008  02:34:59 PM
Clerk, U.S. District Court, ILCD

F'LED

FEB 1 1 2008

CLERK OF CO        URT
U.S. DISTRICT COOFUW NOIS
CENTRAL DISTRICT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA

Mr. Rev Blakes #13056-026,                    Case No.    06-10096-001
        Petitioner/Defendant,


        vs.


UNITED STATES OF AMERICA,
        Respondents.


<u>Response</u> <u>to</u> <u>Order</u> <u>Doc.</u> <u>46</u>
<u>E-Filed</u> <u>January</u> <u>23,</u> <u>2008</u>
<u>09:48:42</u> <u>A.M.</u>

Now comes the defendant, Rev Blakes, asking that amendment(709) applies retroactive toward him. The defendant, Rev Blakes, under-stands that there was no prejudice in your decision.

Please note: Although amendment(709) is not listed under §1B1.10 as being retroactive. Amendment(709) is a "clarifying" amendment that should also be applied retroactively, even if the amendment is not listed under §1B1.10. See: United States v. Joshua 976 F.2d 844, 856(3rd Cir. 1992); United States v. Smallwood, 35 F. 3d 414(9th Cir. 1994); United States v. Anderton, 136 F. 3d 747, 751(11th Cir. 1998); United States v. Kissick, 69 F. 3d 1048, 1052(10th Cir. 1995); United States v. Capers, 61 F. 3d. 1100, 1109(4th Cir. 1995); United States v. Gerber, 24 F. 3d 93, 96-97(10th Cir. 1994); Isabel v. United States,

980 F.ld 60, 62(1st Cir. 1992).

Criminal Law 1233,1236.

When determining a 'proper sentence, district court must refer to guidelines in effect at time sentencing hearing is held; courts should consider clarifying amendments when interpreting guidelines, however, even when sentencing defendants convicted before effective date of amendments. 18 U.S.C.A. § 3553(a)(4).

Criminal Law   1236

Amendments to Sentencing Guidelines are normally applied retroactively only if they clarify Guidelines, not if they substantively change Guidelines. U.S.S.G. §1B1.1 'et seq., 18 U.S.C.A. App.

Also note the defendant wrote this in prolse and should not  be held as the same standards as an attorney. See: Haines v. Kerner, at 404 u.S. 519-520 92 S. Ct. 594, 595 30 L.Ed. 2d 652(1972). This response was made in good faith and is not to further delay this cause ..

Respectfully submitted,

Dated and Signed on this
31st, day of January 2008.

(s) *Rev Blakes*
     Mr. Rev Blakes

(s) *Rev Blakes*
Mr. Rev Blak-e-s--------
# 13056-026
P.o. Box 33
Terre Haute, IN. 47808