E-FILED
Thursday, 24 April, 2008  03:05:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff.<br><br>v.<br><br>REV I. BLAKES,<br><br>       Defendant. | No. 06CR10096<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, REV I. BLAKES, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Karl W. Bryning, Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

1.     The Defendant pleaded guilty to one count possession of cocaine base (crack) with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

2.     The offense carried a 5-year statutory mandatory minimum penalty.

3.     At sentencing, the defendant was held accountable for 9 grams of crack cocaine. This amount resulted in a Base Offense Level of 26.

4.     With a 3-level adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 23.

5.     At sentencing, this court found the Defendant's Criminal History Category to be

IV, resulting in a guideline range of 70 to 87 months.

6.This court imposed a sentence of 87 months.

7.Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 24, and with the same adjustment made at his original sentencing hearing, his Total Offense Level is 21, his criminal history category remains at IV, and his **new guideline range is 57 to 71 months. However, because of the 5-year statutory mandatory minimum sentence, the lowest sentence this court can impose is 60 months.**

8.The Defendant's current release date as estimated by the BOP is August 25, 2012.

9.Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

10.The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, REV I. BLAKES, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **60 months**.

REV I. BLAKES, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:s/ Karl W. Bryning
_____
KARL W. BRYNING
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891

        Fax: (309) 671-7898
E-mail: karl_bryning@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Bradley Murphy.

        s/ Karl W. Bryning

        _____
KARL W. BRYNING
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: karl_bryning@fd.org