IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10096 |
| ) | |
| REV I. BLAKES, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S RESPONSE TO
### DEFENDANT'S MOTION TO REDUCE SENTENCE

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Thomas A. Keith, Assistant United States Attorney for the Central District of Illinois, and in response to the Defendant Rev I. Blakes' Amended Motion to Reduce Sentence brought pursuant to 18 U.S.C. § 3582(c)(2), states as follows:

On April 24, 2008, the defendant filed an Amended Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2).  At paragraph 10 of the Motion the defendant states that the United States Attorney's Office ... [has] no objection to this motion." That is "mostly" accurate.

The Government concurs with everything in the Motion with the exception of the last paragraph which asks this Court to amend the defendant's judgment by  imposing a 60-month term of imprisonment.

The Government agrees that Defendant Blakes' new Guidelines range is 60 to 71

months imprisonment because of the 5-year statutory mandatory minimum. But at the original sentencing hearing, this Court imposed a sentence at the very top of the then properly calculated Guidelines range, 70 to 87 months. This Court sentenced the defendant to 87 months.

Wherefore, the Government does object to the requested 60-month sentence proposed by the defendant, and asks this Court to impose the term of 71 months, the top of the defendant's new Guidelines range.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY

     s/:  Thomas A. Keith
    Thomas A. Keith
    Assistant United States Attorney
    One Technology Plaza - Suite 400
    211 Fulton Street
    Peoria, Illinois 61602
    Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to Karl W. Bryning, Assistant Federal Public Defender.

    s/: Kim Ritthaler
Legal Assistant