IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff.<br><br>v.<br><br>REV I. BLAKES,<br><br>　　Defendant. | No. 06CR10096<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

### REPLY TO GOVERNMENT'S RESPONSE

NOW COMES the Defendant, REV I. BLAKES, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Karl W. Bryning, Assistant Federal Public Defender, and in reply states the following:

1. Defendant's Amended Motion for Reduction of Sentence erroneously stated that "The United States Attorney's Office and the United States Probation Office have no objection to this motion."

2. Defendant requests that the Court schedule a hearing in this cause to determine the appropriate sentence in view of 18 U.S.C. § 3582(c)(2).

WHEREFORE, the Defendant, REV I. BLAKES, respectfully requests that this Honorable Court schedule a hearing to determine the appropriate sentence in view of 18 U.S.C. § 3582(c)(2).

　　　　　　　　　　　　　　　　　　　　　REV I. BLAKES, Defendant

　　　　　　　　　　　　　　　　　　　　　RICHARD H. PARSONS
　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

BY:  s/ Karl W. Bryning

KARL W. BRYNING
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: karl_bryning@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Bradley Murphy.

s/ Karl W. Bryning

KARL W. BRYNING
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: karl_bryning@fd.org