## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.06-10096 |
| REV I. BLAKES, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Amended Motion to Reduce Sentence [Doc. 52] pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing Defendant's term of imprisonment. The motion is GRANTED.

IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 60 months, the statutory mandatory minimum which is the low end of Defendant's amended guideline range; but, in accordance with U.S.S.G. § 1B1.10(b), in no event less than the term of imprisonment already served.

The Clerk is directed to enter the Order Regarding Motion for Reduction Pursuant to 18 U.S.C. § 3582(c)(2). All other terms of the extant judgment to remain in force.

ENTERED this  1st  day of May, 2008.

s/Joe B. McDade
JOE BILLY McDADE
United States District Judge